IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAMON ENRIQUE MEJIAS NEGRON,

Petitioner,

v.

JOSE VASQUEZ, Warden and
ATTORNEY GENERAL OF UNITED
STATES,

Respondents.

CIVIL ACTION NO.:CV206-263

### ORDER

Respondents have moved to dismiss Petitioner's action for habeas corpus relief. Petitioner is hereby **ORDERED** to file any objections to the Respondents' motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondents' motion within twenty (20) days of the date of this Order. If Petitioner does not respond to Respondents' motion within twenty (20) days, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this ____ day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)