AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAMON ENRIQUE MEJIAS NEGRON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-263

JOSE VASQUEZ, Warden and
ATTORNEY GENERAL OF UNITED STATES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated February 20, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge dismissing Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. Section 2241, judgment of dismissal is hereby entered and this case stands dismissed.

February 20, 2007
Date

Scott L. Poff
Clerk

_Caudy Cadell_
(By) Deputy Clerk

GAS Rev 10/1/03